IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE:                                    :         Chapter 7
                                          :
Carolyn J. Florimonte,                    :         Case No. 5:15-bk-02377-RNO
        DEBTOR,                           :
::::::::::::::::::::::::::::::::::::::::::::::::::::
                                          :
Scranton Laminated Labels, Inc.,          :         COMPLAINT OBJECTING TO
Scranton Label and Edmund J. Carr,        :         DEBTOR'S DISCHARGE
        PLAINTIFFS,                       :
                                          :
vs.                                       :
                                          :
Carolyn J. Florimonte                     :
P.O. Box 375                              :
Dalton, PA 18414                          :
        DEFENDANT.                        :
::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that I have caused to be served this 9th day of September, 2015, a true and correct copy of the Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. Sections 523 and 727, using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
Pa36@ecfbis.com
(Chapter 7 Trustee)

Thomas J. Jones, Jr., Esquire
410 Spruce Street
Suite 301
Scranton, PA 18503
tjoneslaw@comcast.net

and I hereby certify that on this 10th day of September, 2015, I have mailed the Summons and Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. Sections 523 and 727 by United States Postal Service first class mail with postage pre-paid thereon to the following non CM/ECF participants at the following postal addresses:

Carolyn J. Florimonte
P.O. Box 375
Dalton, PA 18414

**CONWAY LAW OFFICES, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377